UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
ENGEL, ALINA § Case No. 11-12838
 §
 Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF COURT
        219 S. DEARBORN STREET
        CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/23/2012 in Courtroom 4016,
        DuPage Judicial Center
        505 N. County Farm Road
        Wheaton IL 60187
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2012        By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ENGEL, ALINA § Case No. 11-12838
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,000.67 |
| and approved disbursements of | $ | 74.71 |
| leaving a balance on hand of[1] | $ | 19,925.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 2,750.07 | $ 0.00 | $ 2,750.07 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 8.36 | $ 0.00 | $ 8.36 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,758.43 |
| Remaining Balance | $ 17,167.36 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 274,599.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 11,323.63 | $ 0.00 | $ 707.93 |
| 2 | Chase Bank USA | $ 20,611.66 | $ 0.00 | $ 1,288.60 |
| 3 | Maria Zavoszuk | $ 242,663.99 | $ 0.00 | $ 15,170.83 |
| | Total to be paid to timely general unsecured creditors | | $ | 17,167.36 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                            Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-12838-CD
Alina Engel                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 2         Date Rcvd: Feb 17, 2012
                              Form ID: pdf006           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
 db         +Alina Engel,    921 Clyde Avenue,    Downers Grove, IL 60516-1927
17029609    +Arthur W. Rummler,    799 Roosevelt Road,    Building 2, Suite 104,    Glen Ellyn, IL 60137-5919
17619979    +Capital One,    Po Box 6492,    Carol Stream, IL 60197-6492
17029610     Chase,    PO Box 15448,    Wilmington, DE  19886-5548
17565271     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17029611     Chase Mortgage,    PO Box 9001020,    Louisville, KY  40290-1020
17029612    +Citibank,    701 E. 60th Street,    Sioux Falls, SD 57104-0493
17029616    +Louis S. Freedman,    Freedman Anselmo et. al.,    1807 W. Diehl Rd.,    Naperville, IL 60563-1890
17029618    +Maria Zavoszuk,    524 N. Blackhawk,    Westmont, IL 60559-1523
17029619    +William Fornek,    4106 Florence Ave.,    Downers Grove, IL 60515-2207
17029620   #+Zwicker and Assoc.,    7366 North Lincoln Ave. #404,    Lincolnwood, IL 60712-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17029613      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover,   PO Box 6103,
               Carol Stream, IL  60197-6103
17473111      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
17029614     +E-mail/Text: collector@dupageco.org Feb 18 2012 04:26:18     Dupage County Treasurer,
               421 N. County Farm Road,    Wheaton, IL 60187-3992
17029617      E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2012 04:15:29     Lowes,   PO Box 960010,
               Orlando, FL  32896-0010
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17029615*    +Alina Engel,    921 Clyde Avenue,    Downers Grove, IL 60516-1927
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1           User: dramey              Page 2 of 2              Date Rcvd: Feb 17, 2012
                               Form ID: pdf006           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2012 at the address(es) listed below:
         Arthur W Rummler   on behalf of Debtor Alina Engel arthur.rummler@gmail.com, artrummler@juno.com
         Brenda Porter Helms   brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
         Clay Mosberg   on behalf of Creditor JPMorgan Chase Bank, NA cmosberg@fallaw.com,
          tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                        TOTAL: 4