**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

In re:                             §
                                   §
ENGEL, ALINA                       §     Case No. 11-12838
                                   §
         Debtor(s)                 §

*AMENDED*

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 286,579.00                    Assets Exempt: 24,128.00
*(Without deducting any secured claims)*


Total Distributions to Claimants:  17,167.83    Claims Discharged
                                                Without Payment: 292,237.45


Total Expenses of Administration: 2,833.12

---

   3) Total gross receipts of $ 20,000.95  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 20,000.95  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ 247,528.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 2,833.12 | 2,833.12 | 2,833.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 216,741.00 | 294,599.28 | 294,599.28 | 17,167.83 |
| **TOTAL DISBURSEMENTS** | $ 464,269.00 | $ 297,432.40 | $ 297,432.40 | $ 20,000.95 |

4) This case was originally filed under chapter 7 on 03/29/2011 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/06/2012            By:/s/BRENDA PORTER HELMS, TRUSTEE
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY | 1110-000 | 10,000.00 |
| REAL PROPERTY | 1210-000 | 10,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.95 |
| TOTAL GROSS RECEIPTS | | $20,000.95 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage | | 238,153.00 | NA | NA | 0.00 |
| | DuPage County Treasurer | | 9,375.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 247,528.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | 2100-000 | NA | 2,750.05 | 2,750.05 | 2,750.05 |
| HELMS, BRENDA PORTER | 2200-000 | NA | 8.36 | 8.36 | 8.36 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 25.48 | 25.48 | 25.48 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 24.63 | 24.63 | 24.63 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 24.60 | 24.60 | 24.60 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,833.12 | $ 2,833.12 | $ 2,833.12 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank | | 7,097.00 | NA | NA | 0.00 |
| | Creditor # : 1 Capital One PO Box 6492 Carol Stream IL 60197-6492 | | 612.00 | NA | NA | 0.00 |
| | Lowes | | 7,097.00 | NA | NA | 0.00 |
| 4 | FORNEK, WILLIAM | 7100-000 | 0.00 | 20,000.00 | 20,000.00 | 1,165.50 |
| 2 | CHASE BANK USA | 7100-900 | 20,611.00 | 20,611.66 | 20,611.66 | 1,201.15 |
| 1 | DISCOVER BANK | 7100-900 | 11,324.00 | 11,323.63 | 11,323.63 | 659.89 |
| 3 | ZAVOSZUK, MARIA | 7100-900 | 170,000.00 | 242,663.99 | 242,663.99 | 14,141.29 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 216,741.00 | $ 294,599.28 | $ 294,599.28 | $ 17,167.83 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-12838   SQU   Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ENGEL, ALINA | Date Filed (f) or Converted (c): | 03/29/11 (f) |
| | | 341(a) Meeting Date: | 05/31/11 |
| For Period Ending: 06/06/12 | | Claims Bar Date: | 09/23/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 275,000.00 | 0.00 | DA | 20,000.00 | FA |
| 2. CASH ON HAND | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. BANK ACCOUNTS | 50.00 | 0.00 | DA | 0.00 | FA |
| 4. BANK ACCOUNTS | 5.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 300.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 400.00 | 0.00 | DA | 0.00 | FA |
| 7. DIGITALCAMERA | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. TAX REFUNDS | 6,154.00 | 0.00 | DA | 0.00 | FA |
| 9. AUTOMOBILES AND OTHER VEHICLES | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10. AUTOMOBILES AND OTHER VEHICLES | Unknown | 0.00 | DA | 0.00 | FA |
| 11. PVC PIPES | 100.00 | 0.00 | DA | 0.00 | FA |
| 12. 2 dogs | Unknown | 0.00 | DA | 0.00 | FA |
| 13. Yamaha upright piano | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.95 | Unknown |
| TOTALS (Excluding Unknown Values) | $286,579.00 | $0.00 | | $20,000.95 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/12

LFORM1
UST Form 101-7-TDR (5/1/2011) (Page: 6)

Ver: 16.06b

Page: 2
Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:      11-12838    SQU    Judge: JOHN SQUIRES          Trustee Name:                    BRENDA PORTER HELMS, TRUSTEE
Case Name:    ENGEL, ALINA                                     Date Filed (f) or Converted (c): 03/29/11 (f)
                                                               341(a) Meeting Date:             05/31/11
                                                               Claims Bar Date:                 09/23/11

/s/    BRENDA PORTER HELMS, TRUSTEE
_____    Date: 06/06/12
       BRENDA PORTER HELMS, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-12838 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | ENGEL, ALINA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6012 Money Market - Interest Bearing |
| Taxpayer ID No: | *******6394 | | |
| For Period Ending: | 06/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/27/11 | 1 | Ewa Trecartin | DEBTOR'S EQUITY IN REAL PROPERTY | 1110-000 | 10,000.00 | | 10,000.00 |
| 09/27/11 | 1 | Alina Engel | DEBTOR'S EQUITY IN REAL PROPERTY | 1210-000 | 10,000.00 | | 20,000.00 |
| 09/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 20,000.01 |
| 10/31/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 20,000.18 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.48 | 19,974.70 |
| 11/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,974.86 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.63 | 19,950.23 |
| 12/30/11 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,950.39 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.60 | 19,925.79 |
| 01/31/12 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,925.96 |
| 02/29/12 | 14 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,926.12 |
| 03/24/12 | 14 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 19,926.24 |
| 03/24/12 | | Transfer to Acct #*******6274 | Final Posting Transfer | 9999-000 | | 19,926.24 | 0.00 |
| | | | COLUMN TOTALS | | 20,000.95 | 20,000.95 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 19,926.24 | |
| | | | Subtotal | | 20,000.95 | 74.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 20,000.95 | 74.71 | |

Page Subtotals     20,000.95     20,000.95

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 8)

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-12838 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ENGEL, ALINA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6274 Checking - Non Interest |
| Taxpayer ID No: | *******6394 | | |
| For Period Ending: | 06/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/24/12 | | Transfer from Acct #*******6012 | Transfer In From MMA Account | 9999-000 | 19,926.24 | | 19,926.24 |
| 03/24/12 | 001001 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 2,750.05 | 17,176.19 |
| 03/24/12 | 001002 | Brenda Porter Helms | trustee expenses | 2200-000 | | 8.36 | 17,167.83 |
| * 03/24/12 | 001003 | Discover Bank<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany OH 43054 | Final Distribution | 7100-903 | | 707.95 | 16,459.88 |
| * 03/24/12 | 001004 | Chase Bank USA<br>P.O. Box 15145<br>Wilmington DE 19850 | Final Distribution | 7100-903 | | 1,288.63 | 15,171.25 |
| * 03/24/12 | 001005 | Maria Zavoszuk<br>524 N. blackhawk<br>Westmont IL 60559 | Final Distribution | 7100-903 | | 15,171.25 | 0.00 |
| * 04/11/12 | 001003 | Discover Bank<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany OH 43054 | Final Distribution | 7100-903 | | -707.95 | 707.95 |
| * 04/11/12 | 001004 | Chase Bank USA<br>P.O. Box 15145<br>Wilmington DE 19850 | Final Distribution | 7100-903 | | -1,288.63 | 1,996.58 |
| * 04/11/12 | 001005 | Maria Zavoszuk<br>524 N. blackhawk<br>Westmont IL 60559 | Final Distribution | 7100-903 | | -15,171.25 | 17,167.83 |
| 04/11/12 | 001006 | Discover Bank<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany OH 43054 | Final Distribution | 7100-900 | | 659.89 | 16,507.94 |
| 04/11/12 | 001007 | Chase Bank USA<br>P.O. Box 15145 | Final Distribution | 7100-900 | | 1,201.15 | 15,306.79 |

Page Subtotals    19,926.24    4,619.45

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

**Exhibit 9**

| Case No: | 11-12838 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | ENGEL, ALINA | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6274 Checking - Non Interest |
| Taxpayer ID No: | *******6394 | | |
| For Period Ending: | 06/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/11/12 | 001008 | Wilmington DE 19850 Maria Zavoszuk 524 N. blackhawk Westmont IL 60559 | Final Distribution | 7100-900 | | 14,141.29 | 1,165.50 |
| 04/11/12 | 001009 | William Fornek | Final Distribution | 7100-000 | | 1,165.50 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 19,926.24 | 19,926.24 | 0.00 |
| Less: Bank Transfers/CD's | 19,926.24 | 0.00 | |
| Subtotal | 0.00 | 19,926.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 19,926.24 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********6012 | 20,000.95 | 74.71 | 0.00 |
| Checking - Non Interest - ********6274 | 0.00 | 19,926.24 | 0.00 |
| | 20,000.95 | 20,000.95 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 06/06/12

BRENDA PORTER HELMS, TRUSTEE

Page Subtotals: 0.00  15,306.79

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)